DISMISS: Opinion filed November 15, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01184-CV

### LORNA MCDONALD, Appellant

### V.

### ANDREW CHA DENTISTRY, P.C., Appellee

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16043

# MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Moseley

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

_____
JIM MOSELEY
JUSTICE

121184F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LORNA MCDONALD, Appellant

No. 05-12-01184-CV     V.

ANDREW CHA DENTISTRY, P.C., Appellee

Appeal from the 101st Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-16043).
Opinion delivered by Justice Moseley, Justices Fillmore and Myers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Andrew Cha Dentistry, P.C., recover its costs of the appeal from appellant, Lorna McDonald.

Judgment entered November 15, 2012.

_____
JIM MOSELEY
JUSTICE